UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**ANGELA MARIE POSTON**  Chapter 7--#10-12394
John W. Luster, Trustee

## NOTICE OF RESCHEDULED DISCHARGE ISSUANCE DATE

A rescheduled discharge issuance date for the above captioned debtor has been set for **September 8, 2014.**

July 7, 2014  **LAW OFFICE OF VIRGINIA D. ALEXANDER**

/s/ *Kenneth A. Chandler*
KENNETH A. CHANDLER (OF COUNSEL)
LA BAR NO. 01757
ATTORNEY AT LAW
400 TRAVIS STREET, SUITE 307
SHREVEPORT, LA 71101
TELEPHONE: 318.222.4400
E-MAIL: chan713@bellsouth.net